Aksana M. Coone, Esq. (SBN 190125)

LAW OFFICES OF AKSANA M. COONE
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9650
Facsimile: (310) 954-9008
Email: aksana@coonelaw.com

Attorneys for Plaintiff,
ISAAC MIZRAHI

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

### IN ADMIRALTY

| | |
|---|---|
| ISAAC MIZRAHI<br><br>　　　　Plaintiff/Garnishor,<br><br>Vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>　　　　Garnishee<br><br>DESTINATION SERVICES GREECE, DESTINATION SERVICES, HOTELBEDS SPAIN, S.L.U. trading under the trademark DESTINATION SERVICES, HOTELBEDS GROUP, S.L.U.,<br><br>　　　　Defendants. | Case No.: 2:18-cv-09397 MWF (KSx)<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE<br><br><br><br><br><br><br><br><br><br>Filed: 11/2/2018<br>Judge: Hon. Michael W. Fitzgerald<br>Magistrate: Karen L. Stevenson |

### ORDER

Based on the parties' Stipulation of Dismissal, it is hereby **ORDERED**

1

that:

    1.    All claims in the above-entitled action are dismissed in their entirety with prejudice; and

    2.    Each party is to bear its/his own fees and costs;

**IT IS SO ORDERED.**

Dated: August 9, 2019

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE